**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

$50 FEE PAID
# 1186896
FEE NOT PAID
(SEND LETTER)

FILED
JUL 2 2 2002

**ORIGINAL**

Robert Davidson
_____
**Plaintiff(s)**

vs.

Sauer Compressors USA, Inc.
_____
**Defendant(s)**

\*

\*

\*

\*

\*

\*\*\*\*\*\*

Case No.: H-02-686

## MOTION FOR ADMISSION *PRO HAC VICE*

I, _Daniel J. Donohue, Esq._____, am a member in good standing of the bar of

this Court. My bar number is ____26575_____. I am moving the admission of

_Lauren P. McLaughlin, Esq._____ to appear *pro hac vice* in this case as

counsel for __Sauer Compressors USA, Inc._____.

We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts
and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Commonwealth of Virginia | 06/2000 |
| Eastern District of Virginia | 12/15/2000 |
| Fourth Circuit Court of Appeals | 12/15/2000 |
| | |
| | |
| | |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been
admitted *pro hac vice* in this Court __0__ times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice
law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

Daniel J. Donohue, Esq.
_____
Printed Name

Wickwire Gavin, P.C.
_____
Firm
8100 Boone Boulevard, Suite 700
Vienna, VA 22182
_____
Address

(703) 790-8750
_____
Telephone Number

(703) 448-1801
_____
Fax Number

PROPOSED ADMITTEE

_____
Signature

Lauren P. McLaughlin, Esq.                  Prid 289772
_____                   Plid 8440
Printed Name

Wickwire Gavin, P.C.
_____
Firm
8100 Boone Boulevard, Suite 700
Vienna, VA 22182
_____
Address

(703) 790-8750
_____
Telephone Number

(703) 448-1801
_____
Fax Number

*******************************************************************************

## ORDER

☒ GRANTED          ☐ DENIED          Felicia C. Cannon

7-23-02                               by _____
_____
Date                                 **Clerk, United States District Court**

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                        Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed, first-class, postage prepaid, on this _____19th_____ day of July 2002 to the following:

> Lawrence E. Dubé, Jr.
> Dubé & Goodgal, P.C.
> Suite 407
> The Can Company
> 2400 Boston Street
> Baltimore, MD 21224
> (410) 276-8801
> *Counsel for Plaintiff Robert Davidson*

Daniel J. Donohue