UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 14  A 11: 00

CLERK'S OFFICE
AT BALTIMORE

_____
ROBERT DAVIDSON,                )
                                )
        Plaintiff,               )   Civil Action No. H-02-686
                                )                      DEPUTY
v.                              )
                                )
SAUER COMPRESSORS USA, INC.,    )
                                )
        Defendant.              )
_____ )

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Robert Davidson and Defendant Sauer Compressors USA, Inc., by counsel, hereby stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs, and ask the Court to enter an Order approving same.

APPROVED this 14th day of January, 2003

_____
Alexander Harvey
Senior United States District Judge

\\\MC - 90334/8373 - #174523 v1

2

Respectfully submitted,

| Dubé & Goodgal, P.C. | WICKWIRE GAVIN, P.C. |
|---|---|
| By: *[signature]* | By: *[signature]* /RPM |
| Lawrence Dubé, Esquire | Daniel J. Donohue, Esquire |
| Dubé & Goodgal, P.C. | Wickwire Gavin, PC |
| Suite 407 | 8100 Boone Boulevard |
| The Can Company | Suite 700 |
| 2400 Boston Street | Vienna, Virginia 22182 |
| Baltimore, Maryland 21224 | |
| | |
| Counsel for Plaintiff | Counsel for Defendant |
| Robert A. Davidson | Sauer Compressors USA, Inc. |

Dated: *January 10*, 2002.

SO ORDERED:

_____   Date: January 14, 2003
Judge
United States District Court Judge

\\\MC - 90334/8373 - #174523 v1